UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-134 |
| | ) | (VARLAN/SHIRLEY) |
| JONATHAN MICHAEL ALEXANDER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER EXTENDING TIME FOR COMMITMENT FOR MENTAL EXAMINATION AND EVALUATION

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is came before the Court on the March 5, 2007 request [Doc. 20] of Acting Warden Jerry C. Martinez, Metropolitan Correctional Center, New York, New York, for an extension of time for the defendant's mental evaluation. On December 21, 2006[1], this Court ordered [Doc. 19] the United States Marshal to transport the defendant to the nearest suitable psychiatric facility for a psychiatric evaluation of his competency to stand trial and sanity at the time of the offense. The letter states that the defendant was designated on February 28, 2007. The Acting Warden requests forty-five days from the date of the defendant's arrival in order to allow time for a thorough examination.

---

[1] The Warden's letter indicates the Order as being dated February 20, 2007 but it was actually dated December 21, 2006.

Finding that good cause for an extension has been shown, the Court **GRANTS** the requested extension [**Doc. 20**]. The staff at MCC New York has forty-five (45) days from February 28, 2007, to evaluate the defendant pursuant to the guidelines in the Court's original order of commitment [Doc. 19]. The staff has until April 13, 2007, to complete and forward the report to the Court, defense counsel, and the prosecuting attorney, as directed in the order of commitment [Doc. 19]. The status/competency hearing was originally set for April 16, 2007 at 9:30 a.m., has been rescheduled to **May 2, 2007 at 2:30 p.m.** before the undersigned.

**IT IS SO ORDERED.**

ENTER:

  s/ C. Clifford Shirley, Jr.  
United States Magistrate Judge