UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

<u>JONATHAN MICHAEL ALEXANDER</u>,

  Petitioner,

v.             Nos.: 3:06-cr-134 / 3:12-cv-09
               (VARLAN/SHIRLEY)

<u>UNITED STATES OF AMERICA</u>,

  Respondent.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **GRANTED**; petitioner's conviction pursuant to 18 U.S.C. § 922(g)(1) is **SET ASIDE** and **VACATED**; and his indictment is **DISMISSED WITH PREJUDICE**. Petitioner should be released from custody forthwith. All other pending motions are **DENIED** as **MOOT**. The Clerk is **DIRECTED** to furnish the U.S. Marshal with a certified copy of this Order to facilitate petitioner's release from custody. The Clerk is further **DIRECTED** to close this file.

  **E N T E R :**

                 s/ Thomas A. Varlan
                 UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*
  CLERK OF COURT